622 A.2d 284

**PITTSBURGH COAL AND COKE, INC.**, Appellant,

v.

Fred A. CUTERI, Cuteri Holding Company, Eureka Energy Company, Coldren, Dehaas & Radcliffe, Ira B. Coldren, Jr., Ralph K. Barclay, Jr., Ernest P. Dehaas, III, William M. Radcliffe, and Bernard B. Klein.

Supreme Court of Pennsylvania.

Argued March 9, 1993.

Decided April 1, 1993.

Harlan S. Stone, Stone, Glosser & Stone, Pittsburgh, for appellant.

Kathryn L. Simpson, Grogan, Graffam, McGinley & Lucchino, P.C., Vincent J. Grogan, Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Order of Superior Court reversed and case remanded to Court of Common Pleas of Fayette County to permit amendment of the complaint.

FLAHERTY and PAPADAKOS, JJ., dissent.